

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesse Dominguez, individually, and on behalf of other members of the general public similarly situated, | **Civil Action No.** 20-cv-0251-WQH-BLM |
| **Plaintiff,** | |
| **V.** | |
| Stone Brewing Co., LLC a California limited liability company; Does 1 Through 100 inclusive, | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Motion to Compel Bilateral Arbitration is granted. The parties are ordered to proceed with Plaintiff's individual claims via arbitration in accordance with the terms of the parties' agreement. The Motion to Dismiss is denied as moot. This action is dismissed without prejudice.

**Date:** 7/2/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ T. Ferris

T. Ferris, Deputy